JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SAN ANTONIO WINERY, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UVE Enterprises, Inc., a California Corporation dba Tenuta Sant'Antonio USA; Tenuta Sant'Antonio, Armando Castagnedi, Massimo Castagnedi, Paolo Castagnedi, Tiziano Castagnedi, an Italian Partnership; and Chambers & Chambers Inc, a California Corporation and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No. 2:15-cv-08826-AB-Ex<br><br>Hon. André Birotte Jr.<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL<br><br>**Complaint Filed: 11/12/2015** |

1     The Court, having reviewed the Joint Request to Dismiss, as submitted by
2 and between Plaintiff San Antonio Winery, Inc. ("Plaintiff") and Defendants UVE
3 Enterprises, Inc., Tenuta Sant' Antonio, an Italian partnership, and Chambers &
4 Chambers, Inc., ("Defendants"), hereby GRANTS the Joint Request to Dismiss.
5     It is hereby ORDERED, ADJUDGED AND DECREED that:
6 all claims and potential claims Plaintiff has or may have against Defendants that
7 were or could have been asserted in this action are hereby DISMISSED WITH
8 PREJUDICE; and each party shall bear its own costs and attorney fees. The Court
9 shall retain jurisdiction to enforce the Settlement Agreement between the parties.

11 IT IS SO ORDERED.

15 Dated: August 12, 2016    By: _____
16                                    Hon. André Birotte Jr.
                                      United States District Judge